# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136024 & (68)

CAROL JODIS,
   Plaintiff-Appellant
   and Cross-Appellee,

and

JAN JODIS, as Next Friend of
MIKAYLA GRANGER, a Minor,
   Plaintiff,

v

MICHELLE BRUBAKER, SUE FOWLE,
MARY STUART, and DAVE BABCOCK,
   Defendants-Appellees,

and

NURSE A. VAN CAMP, DR. DEBRA LUSTY,
DR. ALFRED BEDIAKO, DR. VERONICA DULA,
and HILLSDALE COUNTY COMMUNITY
HEALTH CENTER ,
   Defendants-Appellees
   and Cross-Appellants.
_____/

SC: 136024
COA: 271649
Hillsdale CC: 05-000677-NO

   On order of the Court, the application for leave to appeal the January 31, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

d0616

           Clerk